# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

GLADYS CHEGE,                          )
                                       )
    Plaintiff,                     )
                                       )          **CIVIL ACTION FILE NO.**
v.                                     )
                                       )          _____
GEORGIA DEPARTMENT OF                  )
JUVENILE JUSTICE,                      )
                                       )
    Defendant.                     )
                                       )

## DISTRICT COURT NOTICE OF REMOVAL

**TO:   The Judges of the United States District Court for the Southern District of Georgia, Dublin Division**

COMES NOW Georgia Department of Juvenile Justice, Defendant in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, and pursuant to 28 U.S.C. §§ 1441 and 1446 and within the time prescribed by law, files this Notice of Removal. Defendant files this notice subject to and without waiving any defenses available to it under state and federal law. Defendant respectfully shows the Court as follows:

1.

On June 14, 2017, Plaintiff Gladys Chege filed a civil action against the

Defendant in the Superior Court of Dodge County, State of Georgia, said action

being designated as:

> GLADYS CHEGE v. GEORGIA DEPARTMENT OF
> JUVENILE JUSTICE, Superior Court of Dodge County, Civil
> Action No. 17V-8149.

A copy of the Complaint for Damages ("Complaint") is attached hereto as

Exhibit "A."[1]

2.

On June 23, 2017, Defendant was served a copy of the Complaint and

Summons.  Copies of the Summons and Sheriff's Entry of Service are attached

hereto as Exhibits "B" and "C," respectively.

3.

In the Complaint, Plaintiff asserts the following claims: sex and race

discrimination and retaliation, each in violation of Title VII of the Civil Rights Act

---

[1] Defendant has redacted from the Complaint the mailing address of Plaintiff shown on an attachment and the name of the youth identified in Paragraph 4 to reveal only the first initials of the youth's first and last names.  Defendant redacted the information to comply with Rule 5.2 of the Federal Rules of Civil Procedure and the Court's administrative procedures addressing privacy for electronically filed documents.

of 1964, 42 U.S.C. § 2000e *et seq.;* negligence and negligence per se under Georgia law; and violations of Plaintiff's rights pursuant to 42 U.S.C. § 1983. *(See* Exhibit "A," ¶¶ 1, 9, 12, 15, 18-20, 22-25, and 27).

4.

Plaintiff is seeking various forms of relief, including but not limited to, compensatory and punitive damages, back pay, front pay in lieu of reinstatement, a trial by jury, and attorney's fees. *(See* Exhibit "A," ¶ 29).

5.

Plaintiff's Complaint presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441 (a).

6.

Defendant also attaches hereto as Exhibit "D," a true and accurate copy of the Superior Court Notice of Removal *to be* filed in the Superior Court of Dodge County, State of Georgia.

7.

Exhibits "A" through "D" constitute all process, pleadings, and orders, which have been served upon Defendant or which have been filed or will be filed by Defendant in the Superior Court of Dodge County, State of Georgia.

8.

Defendant consents to and submits the removal of this action within 30 days of the date it was served with Plaintiff's Complaint. Defendant also consents to this notice subject to and without waiving any defenses available to the Defendant under state or federal law.

WHEREFORE, Defendant moves that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Southern District of Georgia, Dublin Division, so that no further proceedings may be had in said case in the Superior Court of Dodge County, State of Georgia.

Respectfully submitted, this 21st day of July, 2017.

CHRISTOPHER M. CARR   112505
Attorney General

ANNETTE M. COWART   191199
Deputy Attorney General

s/ Bryan K. Webb
BRYAN K. WEBB   743580
Senior Assistant Attorney General

4

*s/ Courtney C. Poole*

COURTNEY C. POOLE                    560587
Assistant Attorney General
*Attorneys for Defendant*

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3384
Facsimile: (404) 657-9932
cpoole@law.ga.gov

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| **GLADYS CHEGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **v.** | ) | |
| | ) | _____ |
| **GEORGIA DEPARTMENT OF** | ) | |
| **JUVENILE JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I served the within and foregoing

**DISTRICT COURT NOTICE OF REMOVAL** on the same day as filing the

same, by depositing a copy thereof in the U.S. Mail with adequate postage thereon

and properly addressed to the following:

> Alan P. Taylor, Attorney at Law, LLC
> 853 Tatnall Street
> Macon, Georgia 31201

This 21st day of July, 2017.

> *s/Courtney C. Poole*
> COURTNEY C. POOLE
> Georgia Bar No. 560587
> 40 Capitol Square, SW
> Atlanta, Georgia  30334
> Telephone: (404) 656-3384
> Email: cpoole@law.ga.gov