IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
GLADYS CHEGE,                    *
                                 *
     Plaintiff,                  *
                                 *
v.                               *    CV 317-043
                                 *
GEORGIA DEPARTMENT OF            *
JUVENILE JUSTICE,                *
                                 *
     Defendant.                  *
```

O R D E R

On June 14, 2017, the captioned case, which presents claims made pursuant to 42 U.S.C. §§ 1983, 2000e was filed in the Superior Court of Dodge County, Georgia. Thereafter, on July 21, 2017, Defendant Georgia Department of Juvenile Justice removed the case to this Court. The Clerk issued a Removal Notice to All Counsel of Record on July 21, 2017, which inadvertently stated that the case was removed to the Southern District of Georgia, **Augusta Division**. Dodge County, Georgia, lies within the **Dublin Division** of this District Court. Accordingly, **IT IS ORDERED** that the Clerk's Removal Notice to All Counsel of Record of July 21, 2017, is **AMENDED AND CORRECTED** to state that the removal, which occurred July 21, 2017, is to the **Dublin Division** of this District Court.

It appears that the Clerk's Removal Notice to All Counsel of Record was forwarded to Plaintiff's Counsel, Alan P. Taylor, by United States mail. On July 28, 2017, the Attorney General of the State of Georgia filed a motion to dismiss the Plaintiff's complaint in the captioned matter on behalf of the Defendant. The Court further notes that the Defendant's motion to dismiss was served upon Alan P. Taylor, both by United States Mail and by a submission through the United Parcel Service. The Defendant's motion to dismiss and the Clerk's removal notice notwithstanding, Plaintiff Gladys Chege and her counsel of record in the original case filing, Alan P. Taylor, have made no appearance in the case pending before this Court.

Upon consideration of the Defendant's motion to dismiss and the uncertain status of this case, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

a) All time limits and deadlines with respect to a response to the Defendant's motion to dismiss (doc. no. 5) are hereby **EXTENDED** to the close of business October 13, 2017;

b) the Clerk's Removal Notice to All Counsel of Record, dated July 21, 2017, (doc. no. 4) is hereby **AMENDED AND CORRECTED** to show that the captioned

case was removed to the **Dublin Division** of the Southern District of Georgia;

c) Plaintiff and her counsel, Alan P. Taylor, are notified, pursuant to Southern District of Georgia Local Rule 7.5, that Plaintiff's failure to respond to the Defendant's motion to dismiss within the stated extension shall indicate to the Court that there is no opposition to the motion; and

d) the Clerk is directed to use reasonable and practicable means to effect service of this order by United States Mail upon Plaintiff and her counsel of record in the state proceedings.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE