IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| GLADYS CHEGE, | * |
| Plaintiff, | * |
| v. | * CV 317-043 |
| GEORGIA DEPARTMENT OF JUVENILE JUSTICE, | * |
| Defendant. | * |

O R D E R

On September 20, 2017, this Court issued an Order correcting its removal notice and giving Plaintiff Gladys Chege until October 13, 2017, to respond to Defendant Georgia Department of Juvenile Justice's motion to dismiss. (Doc. No. 7.) Although Plaintiff's counsel, Alan P. Taylor, has made an appearance in this case, Plaintiff has not answered Defendant's motion to dismiss.

Upon consideration, the deadline for Plaintiff to respond to Defendant's motion is **HEREBY EXTENDED** to **the close of business on November 13, 2017.** If Plaintiff fails to respond to Defendant's motion by that time, her case will be dismissed without further notice.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE